IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., and EVALVE, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 19-149-UNA |
| EDWARDS LIFESCIENCES CORP., and EDWARDS LIFESCIENCES LLC, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs Abbott Cardiovascular Systems, Inc. and Evalve, Inc. (collectively, "Abbott") respectfully move this Court to enter a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) barring Defendants Edwards Lifesciences Corp. and Edwards Lifesciences LLC (collectively, "Edwards") from infringing Abbott's U.S. Patent Nos. 7,288,097; 6,752,813; 7,563,267; 7,736,388; and 8,057,493 by the manufacture in the United States of its infringing "PASCAL" mitral valve repair system, including for export, use, sale, or offer for sale outside of the United States. The grounds for this motion are set forth in Abbott's Opening Brief, submitted herewith.

<table>
<tr><td></td><td>/s/ Karen E. Keller</td></tr>
<tr><td></td><td>Karen E. Keller (No. 4489)</td></tr>
<tr><td></td><td>David M. Fry (No. 5486)</td></tr>
<tr><td></td><td>Nathan R. Hoeschen (No. 6232)</td></tr>
<tr><td>OF COUNSEL:</td><td>SHAW KELLER LLP</td></tr>
<tr><td>James F. Hurst</td><td>I.M. Pei Building</td></tr>
<tr><td>Amanda J. Hollis</td><td>1105 North Market Street, 12th Floor</td></tr>
<tr><td>Gregory B. Sanford</td><td>Wilmington, DE 19801</td></tr>
<tr><td>Rebecca Fitzpatrick</td><td>(302) 298-0700</td></tr>
<tr><td>KIRKLAND & ELLIS LLP</td><td>kkeller@shawkeller.com</td></tr>
<tr><td>300 North LaSalle</td><td>dfry@shawkeller.com</td></tr>
<tr><td>Chicago, IL 60654</td><td>nhoeschen@shawkeller.com</td></tr>
<tr><td>(312) 862-2000</td><td><i>Attorneys for Plaintiffs</i></td></tr>
</table>

Benjamin A. Lasky
Aaron D. Resetarits
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800

Erin C. Johnston
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Dated: January 29, 2019