IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., and EVALVE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-149-MN |
| EDWARDS LIFESCIENCES CORP., and EDWARDS LIFESCIENCES, LLC, | ) ) ) | |
| Defendants. | ) | |

## JOINT APPENDIX OF CLAIM CONSTRUCTION EXHIBITS

<div style="display: flex; justify-content: space-between;">

Jeffrey L. Moyer (No. 3309)
Kelly E. Farnan (No. 4395)
Christine D. Haynes (No. 4697)
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
farnan@rlf.com
haynes@rlf.com
*Attorneys for Defendants*

Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

</div>

Dated: September 10, 2019

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | U.S. Patent No. 8,974,371 to Durgin, et al. |
| 2 | U.S. Patent No. 6,501,641 to Kim, et al. |
| 3 | "Protrude" - Merriam-Webster's Collegiate Dictionary, 10th Ed. (2001) |
| 4 | "Radial" - Merriam-Webster's Collegiate Dictionary, 10th Ed. (2001) |
| 5 | "Between," "Couple," "Invert," and "Pivot" - Random House Webster's College Dictionary (2000) |
| 6 | U.S. Patent No. 7,811,296 to Goldfarb, et al. |
| 7 | Nov. 1, 2006 Amendment, U.S. Patent Appl. No. 10/613,443 |
| 8 | Aug. 10, 2006 Non-Final Rejection, U.S. Patent Appl. No. 10/613,443 |
| 9 | U.S. Patent No. 7,608,091 to Goldfarb, et al. |
| 10 | U.S. Provisional Appl. No. 60/128,690 |
| 11 | U.S. Patent No. 6,629,534 to St. Goar, et al. |
| 12 | "Able" and "Protrude" - Fowler's Modern English Usage Dictionary, 3rd Ed. (1996) |
| 13 | Aug. 7, 2003 Application Excerpts, U.S. Patent Appl. No 10/638,022 |
| 14 | Sep. 11, 2006 Non-Final Rejection, U.S. Patent Appl. No 10/638,022 |
| 15 | Oct. 22, 2010 Notice of Abandonment, U.S. Patent Appl. No 10/638,022 |
| 16 | Nov. 1, 2006 Amendment, U.S. Patent Appl. No 10/638,022 |
| 17 | Jan. 25, 2007 Final Rejection, U.S. Patent Appl. No 10/638,022 |
| 18 | U.S. Patent No. 9,532,816 to Barrus, et al |
| 19 | Bailey, C., *Mitral Regurgitation*, Surgery of the Heart, Ch. 20: 686-737 (1955) |
| 20 | "to and from" - Webster's Dictionary of American English, 1st Ed. (1997) |
| 21 | "to and from" - DK Illustrated Oxford Dictionary (1998) |
| 22 | "Protrude" - Merriam-Webster's Collegiate Dictionary, 10th Ed. (2001) |

2

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 23 | Aug. 7, 2003 Application Excerpts & Oct. 22, 2010 Abandonment, U.S. Patent Appl. No. 10/638,022 |
| 24 | "to" - Webster's New World College Dictionary, 3rd Ed. (1997) |
| 25 | "to" - The New Oxford Dictionary of English (1998) |
| 26 | "Pivot" - Webster's Third New International Dictionary (1986) |