IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., and EVALVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARDS LIFESCIENCES CORP., and EDWARDS LIFESCIENCES, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-149-MN ) ) ) ) ) ) |

## **PROPOSED JUROR QUESTIONNAIRE**

| | |
|---|---|
| Karen E. Keller (No. 4489) <br> David M. Fry (No. 5486) <br> Nathan R. Hoeschen (No. 6232) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> dfry@shawkeller.com <br> nhoeschen@shawkeller.com <br> *Attorneys for Plaintiffs* | Jeffrey L. Moyer (No. 3309) <br> Kelly E. Farnan (No. 4395) <br> Christine D. Haynes (No. 4697) <br> RICHARDS, LAYTON & FINGER, P.A. <br> 920 N. King Street <br> One Rodney Square <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> Moyer@rlf.com <br> Farnan@rlf.com <br> Haynes@rlf.com <br> *Attorneys for Defendants* |

Dated: April 1, 2020

The questionnaire below has been approved by the Court.  To select jurors, the Court and the parties require certain information.  This form is designed to save time and assist the Court and the parties to move forward as quickly as possible.  Please answer the questions below honestly and completely, and provide the response in the enclosed envelope.  If you need additional space, please use the back of this form.  This information will not be used for any other purpose except to select a jury.  Thank you for your time and effort in completing this questionnaire.

## JUROR QUESTIONNAIRE

Name: _____  Address: _____
Race: _____  Gender: _____  Age: ____  County of Residence: _____

1. What is the highest level of education you have completed? ☐ Less Than High School Diploma ☐ High School Diploma/GED ☐ Some College ☐ Technical/Business School ☐ Trade School ☐ Associate's Degree ☐ College Degree ☐ Post-Graduate Degree.
Beyond high school, list the degree(s) have you earned and your major area(s) of study:
_____

2. Do you have any special training, education, or experience related to any of the following industries/fields: (Check all that apply) ☐ Law/Court System  ☐ Healthcare ☐ Medical Devices ☐ Biology ☐ Engineering ☐ Accounting ☐ Economics ☐ Technology Valuation ☐ Intellectual Property/Patents ☐ Business ☐ Research and Development ☐ Sales ☐ Product Development.
If you checked any box, please describe: _____

3.  Have you ever served in the military?  ☐ Yes ☐ No.  If "Yes," highest rank? _____

4. Employment status: (Check one) ☐ Employed Full-Time ☐ Employed Part-Time ☐ Homemaker ☐ Self-Employed ☐ Retired ☐ Unemployed  ☐ Furloughed ☐ Disabled ☐ Student.

5. Describe your current or most recent job.
Employer: _____ Type of Business: _____
Title/Position: _____  Length of Employment: _____
Reason for Leaving: _____

6. In any of your jobs, have you ever held a management/supervisor position?  ☐ Yes  ☐ No.

7. Have you or anyone close to you ever owned a business?  ☐ Yes  ☐ No.  If "Yes," please describe the business and when it was owned: _____

8. If applicable, what is your spouse's/partner's current or most recent job and who is/was the employer? _____

9. Have you ever been a plaintiff or defendant in a lawsuit? ☐ Yes ☐ No.  If "Yes," please describe the lawsuit:_____

10. Have you ever been a witness at a trial, hearing, or deposition? ☐ Yes ☐ No.  If "Yes," please explain:
_____

11. Do you have any strong opinions about civil litigation in general? ☐ Yes ☐ No.  If "Yes," please describe: _____

12. Do you have any opinions (positive or negative) about patents, patent rights, the U.S. Patent and Trademark Office, or the U.S. patent system?  ☐ Yes ☐ No.  If "Yes," please explain: _____
_____

13. Have you previously served as a juror? ☐ Yes ☐ No.  If "Yes," did the jury reach a verdict? ☐ Yes ☐ No.  Were you the jury foreperson?  ☐ Yes ☐ No.
What type of case was it?  ☐ Civil ☐ Criminal ☐ Grand Jury Proceedings ☐ I Do Not Remember.

14.  Have you or anyone close to you had a heart condition or ever had any medical procedures to treat a heart condition? ☐ Yes ☐ No.  If "Yes," please explain:
_____