IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., and EVALVE, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-149-MN ) |
| EDWARDS LIFESCIENCES CORP., and EDWARDS LIFESCIENCES, LLC, | ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through undersigned counsel, and subject to the approval of the Court, that all claims and counterclaims asserted by the parties in this case shall be dismissed with prejudice, subject to the ability of either party to reassert such claims or counterclaims only as permitted under the parties' July 12, 2020 Settlement Agreement, with each party to bear its own attorneys' fees, expenses, and costs associated with the aforementioned claims and counterclaims.

| | |
|---|---|
| */s/ David M. Fry* | */s/ Kelly E. Farnan* |
| Karen E. Keller (No. 4489) | Jeffrey L. Moyer (No. 3309) |
| David M. Fry (No. 5486) | Kelly E. Farnan (No. 4395) |
| Nathan R. Hoeschen (No. 6232) | Christine D. Haynes (No. 4697) |
| SHAW KELLER LLP | RICHARDS, LAYTON & FINGER, P.A. |
| I.M. Pei Building | 920 N. King Street |
| 1105 North Market Street, 12th Floor | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 651-7700 |
| kkeller@shawkeller.com | Moyer@rlf.com |
| dfry@shawkeller.com | Farnan@rlf.com |
| nhoeschen@shawkeller.com | Haynes@rlf.com |
| | |
| *Attorneys for Plaintiffs Abbott Cardiovascular Systems, Inc. and Evalve, Inc.* | *Attorneys for Defendants Edwards Lifesciences Corp. and Edwards Lifesciences LLC* |

DATED: July 23, 2020

SO ORDERED this   24th   day of   July        , 2020.

　　　　　　　　　　　　　　　　　　　　　
The Honorable Maryellen Noreika
United States District Judge